IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY, <br><br> Defendant. | § § § § § § § § § § § § § § CIVIL ACTION NO. 2:22-CV-00133-RWS |

## ORDER

Before the Court is the Plaintiffs' Notice of Dismissal Without Prejudice Under Rule 41 of the Federal Rules of Civil Procedure. Docket No. 7. Under Rule 41, a plaintiff may voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. FED. R. CIV. P. Rule 41(a)(1)(A)(i). Having reviewed Plaintiffs' notice and the present pleadings, Defendant has neither filed an answer nor moved for summary judgment. Accordingly, it is

**ORDERED** that the above-titled cause of action is **DISMISSED WITHOUT PREJUDICE**. It is further

**ORDERED** that the parties shall bear their own costs and fees. It is further

**ORDERED** that any and all currently pending motions are hereby **DENIED-AS-MOOT**.

**So ORDERED and SIGNED this 6th day of June, 2022.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE